UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

MATTHEW SHAFFER, et al.,

                    Plaintiffs,

v.

JAMES B. QUATTRONE, et al.,

                    Defendants.

_____

**STIPULATION AND ORDER
EXTENDING TIME TO
RESPOND TO COMPLAINT**

Civil Action No. 24-cv-01123-LJV

IT IS HEREBY STIPULATED, by and between the undersigned, that the time for all Defendants to answer, move against, or otherwise respond to the Complaint is enlarged up to and including **June 17, 2025**.  Plaintiffs and the Office of the Attorney General have exchanged draft settlement documents, and anticipate proposing a settlement to the County Defendants shortly.

Dated:  May 15, 2025

/s/ *Nicolas J. Rotsko*
Nicolas J. Rotsko, Esq.
**FLUET**
*Attorneys for Plaintiffs*
1751 Pinnacle Drive, Suite 1000
Tysons, Virginia 22102
Tel: 703.590.1234

/s/ *Peter DeWind*
Peter DeWind, Esq.
**TIOGA COUNTY ATTORNEY**
*Attorneys for Defendant Gary W. Howard*
Ronald E. Dougherty County Office Building
56 Main Street
Owego, New York 13827
Tel: 607.687.8253

/s/ *David H. Fitch*
David H. Fitch, Esq.
**UNDERBERG & KESSLER LLP**
*Attorneys for Defendant Judith M. Hunter*
300 Bausch and Lomb Place
Rochester, New York 14604
Tel: 585.258.2800

/s/ *Ana M. Morgan*
Ana M. Morgan, Esq.
**CHAUTAUQUA COUNTY ATTORNEY**
*Attorneys for Defendant James B. Quattrone*
3 N Erie St
Mayville, NY 14757
 Tel: 716.753.4122

/s/ *Kellie E. Lagitch*

Kellie E. Lagitch, Esq.

Chief Assistant County Attorney

**ORANGE COUNTY DEPT. OF LAW**

*Attorneys for Defendant Paul Arteta*

255-275 Main Street

Goshen, New York 10924

Tel: 845.291.3150

/s/ *Ryan L. Belka*

Ryan L. Belka, Esq.

Assistant Attorney General

**OFFICE OF THE ATTORNEY GENERAL**

*Attorneys for Defendant Stephen G. James*

Buffalo Regional Office

Main Place Tower, Suite 300A

350 Main Street

Buffalo, New York 14202

  Tel: 716.853.8440

**SO ORDERED:**

Dated: _____

_____

Hon. Lawrence J. Vilardo

United States District Court