UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MATTHEW SHAFFER, RALPH FLYNN,
PETER ROBBINS, CHARLES POMPEY,
*and* FIREARMS POLICY COALITION, INC.,

        Plaintiffs,

v.

JAMES B. QUATTRONE, in his official
capacity as Sheriff of Chautauqua County,
JUDITH M. HUNTER, in her official capacity
as County Clerk of Stueben County,
GARY W. HOWARD, in his official
capacity as Sheriff of Tioga County,
PAUL ARTETA, in his official
capacity as Sheriff of Orange County,
*and* STEPHEN G. JAMES, in his
official capacity as Superintendent of
the New York State Police,

        Defendants.

**SO-ORDERED STIPULATION OF DISCONTINUANCE**

Civil Action No. 24-cv-01123-LJV

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the Plaintiffs Matthew Shaffer, Ralph Flynn, Peter Robbins, Charles Pompey (the "Individual Plaintiffs"), Firearms Policy Coalition, Inc. ("FPC" and collectively with the Individual Plaintiffs, the "Plaintiffs"), and Defendant Stephen G. James, Superintendent of the New York State Police (the "Superintendent" and collectively with the Plaintiffs, the "Parties"), that the Plaintiffs hereby voluntarily dismiss their claims against the Superintendent in the above-captioned action without prejudice, pursuant to the Settlement Agreement entered into by the Parties.

The Parties further STIPULATE AND AGREE that the United States District Court for the Western District of New York shall retain exclusive and continuing jurisdiction over any claims arising out of the Parties' Settlement Agreement, and any action related to the Settlement Agreement shall be brought before the Hon. Lawrence J. Vilardo.

Dated: McLean, Virginia
       September 17, 2025

/s/ *Nicolas J. Rotsko*
Nicolas J. Rotsko, Esq.
**FLUET**
*Attorneys for Plaintiffs*
1751 Pinnacle Drive, Suite 1000
Tysons, Virginia 22102
Tel: 703.590.1234

/s/ *Ryan Lane Belka*
Ryan Lane Belka
**NYS Attorney General's Office**
*Attorney for Defendant Steven G. James*
Main Place Tower
Suite 300A
350 Main Street
Buffalo, NY 14202
716.853.8440
Ryan.Belka@ag.ny.gov

SO ORDERED:

_____

Hon. Lawrence J. Vilardo
United States District Judge