UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MATTHEW SHAFFER, RALPH FLYNN,
PETER ROBBINS, CHARLES POMPEY,
*and* FIREARMS POLICY COALITION, INC.,

                Plaintiffs,

                v.

JAMES B. QUATTRONE, in his official
capacity as Sheriff of Chautauqua County,
CHAUTAUQUA COUNTY,
JUDITH M. HUNTER, in her official
capacity as County Clerk of Stueben County,
STUEBEN COUNTY,
GARY W. HOWARD, in his official
capacity as Sheriff of Tioga County,
TIOGA COUNTY,
PAUL ARTETA, in his official
capacity as Sheriff of Orange County,
*and* ORANGE COUNTY,

                Defendants.

---

**SO-ORDERED
STIPULATION OF
DISCONTINUANCE**

Case No. 24-cv-01123-LJV-HKS

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the Plaintiffs Matthew Shaffer, Ralph Flynn, Peter Robbins, Charles Pompey (the "Individual Plaintiffs"), Firearms Policy Coalition, Inc. ("FPC" and collectively with the Individual Plaintiffs, the "Plaintiffs"), and James B Quattrone, in his official capacity as Sheriff of Chautauqua County, Chautauqua County, Judith M. Hunter, in her official capacity as County Clerk of Steuben County, Steuben County, Gary W. Howard, in his official capacity as Sheriff of Tioga County, Tioga County, Paul Arteta, in his official capacity as Sheriff of Orange County and Orange County (the "County Defendants", and collectively with the Plaintiffs, the "Parties"), that the Plaintiffs hereby voluntarily dismiss their claims against the County Defendants in the above-captioned action with prejudice, pursuant to the Settlement Agreement entered into by the Parties, but such discontinuance shall be without prejudice as to future claims that arise after the date of the Settlement Agreement related to non-resident applications for firearms licenses or the enforcement of the Settlement Agreement.

The Parties further STIPULATE AND AGREE that the United States District Court for the Western District of New York shall retain exclusive and continuing jurisdiction over any claims arising out of the Parties' Settlement Agreement, and any action related to the Settlement Agreement shall be brought before the Hon. Lawrence J. Vilardo.

Dated: McLean, Virginia
       February 5, 2026

/s/ *Nicolas J. Rotsko*
Nicolas J. Rotsko, Esq.
FLUET
*Attorneys for Plaintiffs*
1751 Pinnacle Drive, Suite 1000
Tysons, Virginia 22102
Tel: 703.590.1234

/s/ *David H. Fitch*
David H. Fitch, Esq.
*Attorney for Defendants Judith M. Hunter and Steuben County*
Underberg & Kessler LLP
300 Bausch & Lomb Place
Rochester, NY 14604
585-258-2800
Fax: 585-258-2821
Email: dfitch@underbergkessler.com

/s/ *Nathan Harp*
Nathan Harp, Esq.
*Attorney for Defendants James B. Quattrone and Chautauqua County*
Chautauqua County Law Department
Gerace Office Building
3 N. Erie St.
Mayville, NY 14757
Email: Nathan.Harp@chqgov.com

/s/ *Peter DeWind*
Peter DeWind, Esq.
*Attorney for Defendants Gary W. Howard and Tioga County*
Tioga County Attorney's Office
56 Main Street
Room 103
Owego, NY 13827
607-687-8252
Fax: 607-223-7003
Email: dewindp@tiogacountyny.gov

/s/ *Richard B. Golden*
Richard B. Golden, Esq.
*Attorney for Defendants Paul Arteta and Orange County*
County of Orange
Government Center 255 Main Street
Goshen, NY 10924
845-291-3150
Email: rgolden@orangecountygov.com

SO ORDERED:

_____

    Hon. Lawrence J. Vilardo
    United States District Judge