UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MATTHEW SHAFFER, RALPH FLYNN,
PETER ROBBINS, CHARLES POMPEY,
*and* FIREARMS POLICY COALITION, INC.,

                        Plaintiffs,

        v.

JAMES B. QUATTRONE, in his official
capacity as Sheriff of Chautauqua County,
CHAUTAUQUA COUNTY,
JUDITH M. HUNTER, in her official
capacity as County Clerk of Stueben County,
STUEBEN COUNTY,
GARY W. HOWARD, in his
official capacity as Sheriff of Tioga County,
TIOGA COUNTY,
PAUL ARTETA, in his official
capacity as Sheriff of Orange County,
*and* ORANGE COUNTY,

                        Defendants.

**NOTICE OF SUBMISSION**

Case No. 24-cv-01123-LJV-HKS

---

NOTICE IS HEREBY GIVEN that an executed copy of the Parties' Settlement

Agreement was submitted to chambers via e-mail by Kellie E. Lagitch, Esq., in satisfaction of

this Court's Text Order directive, entered February 18, 2026 (Dkt. No. 50).  Exhibit A is a copy

of Ms. Lagitch's e-mail.

/s/ *Nicolas J. Rotsko*
Nicolas J. Rotsko, Esq.
FLUET
*Attorneys for Plaintiffs*
1751 Pinnacle Drive, Suite 1000
Tysons, Virginia 22102
Tel: 703.590.1234

Dated: McLean, Virginia
       February 24, 2026