# Exhibit A

## Nicolas Rotsko

**From:** Lagitch, Kellie <KLagitch@orangecountygov.com>
**Sent:** Tuesday, February 24, 2026 4:10 PM
**To:** vilardo@nywd.uscourts.gov
**Cc:** Fitch, David H.; Nicolas Rotsko; nathan.harp@chqgov.com; DeWind, Peter
**Subject:** Shaffer v. Quattrone (24-cv-1123)
**Attachments:** 2026.02.05_Signed Stipulation of Settlement_Seperate Signature Pages.pdf

Dear Judge Vilardo:

Pursuant to your Honor's Text Order dated February 18, 2026, and my discussion with your clerk yesterday, attached please find a copy of the fully executed Stipulation of Settlement in the above-referenced matter. Thank you for your attention to this matter.

Kellie E. Lagitch
Chief Assistant County Attorney
Municipal Law Division



Orange County Department of Law
RICHARD B. GOLDEN
County Attorney
255-275 Main Street
Goshen, New York 10924
  Office: 845-291-3150
  Fax: 845-378-2374*

*Service of Process by FAX is not accepted*

This communication may contain confidential information and is intended only for the individual or entity to whom it is addressed. Any review, dissemination, or copying of this communication by anyone other than the intended recipient is strictly prohibited. If you are not the intended recipient, please contact the sender, and destroy all copies of the original message. No responsibility is accepted by Orange County Government for any loss or damage arising in any way from receiving this communication.

This communication may contain confidential information and is intended only for the individual or entity to whom it is addressed. Any review, dissemination, or copying of this communication by anyone other than the intended recipient is strictly prohibited. If you are not the intended recipient, please contact the sender, and destroy all copies of the original message. No responsibility is accepted by Orange County Government for any loss or damage arising in any way from receiving this communication.

**NOTICE** This email message originated from outside of your organization. Please use caution when responding, opening attachments, and clicking links.